# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-15-00801-CV

---

### C. B. G., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-14-007018, HONORABLE TIM SULAK, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant C.B.G. filed her notice of appeal on December 11, 2015. The appellate record was complete January 5, 2016, making appellant's brief due January 25, 2016. On January 25, 2016, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than February 16, 2016. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 25, 2016.


Before Chief Justice Rose, Justices Pemberton and Bourland